Filing # 101442656 E-Filed 01/10/2020 11:43:55 AM

IN THE CIRCUIT COURT, SEVENTH JUDICIAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA

CASE NO.: CA20 - 32
DIVISION:

NANCY W. AVERA,

    Plaintiff,

vs.

MATTRESS FIRM, INC., a Delaware Corporation, and KINDLER ENTERPRISES, LLC, an Alabama Limited Liability Company,

    Defendants.
_____/

## COMPLAINT

Plaintiff, NANCY W. AVERA, by and through the undersigned counsel, sues Defendants, MATTRESS FIRM, INC. and KINDLER ENTERPRISES, LLC, and alleges the following:

1. This action is for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs.

2. At all times material, Plaintiff was a resident of St. Johns County, Florida.

3. At all times material, Defendant, MATTRESS FIRM, INC., was a Delaware Corporation with principal offices in Houston, Texas engaged in business nationally in the sales and delivery of mattresses and bedroom furniture. Defendant, MATTRESS FIRM, INC., does business throughout Florida and operates a retail store located at 950 Marsh Landing Parkway, Suite 305, Jacksonville Beach, Florida.

4. At all times material, Defendant, KINDLER ENTERPRISES, LLC, was an Alabama Limited Liability Company with principal place of business in Birmingham, Alabama.

Defendant, KINDLER ENTERPRISES, LLC, is engaged nationally in the shipment and delivery of general freight and merchandise, including goods for Co-Defendant, MATTRESS FIRM, INC.

5. At all times material, Defendant, KINDLER ENTERPRISES, operated vehicles and employed delivery personnel for shipment and delivery of general merchandise in St. Johns County, Florida.

6. On or about May 27, 2019, Plaintiff contracted with Defendant, MATTRESS FIRM, for the purchase and delivery to her home of a mattress and related merchandise.

7. As part of the purchase of the mattress and related merchandise, Plaintiff paid MATTRESS FIRM for delivery services, which included delivery and set-up the new purchases and removal of the old mattress and related items.

8. In accepting Plaintiff's payment for the delivery services, MATTRESS FIRM expressly agreed to perform the delivery services with reasonable care.

9. By undertaking to perform the delivery services, MATTRESS FIRM had the duty to perform the delivery services with reasonable care.

10. On information and belief, Defendant, MATTRESS FIRM, engaged Defendant, KINDLER ENTERPRISES, as its agent for the performance of the delivery services, which included the removal of the old, replaced, mattress and box springs.

11. On May 31, 2019, the MATTRESS FIRM undertook to perform the delivery of the merchandise to Plaintiff's home, by using three employees of its agent, Defendant, KINDLER ENTERPRISES.

12. On that date, while removing the Plaintiff's box spring from her home, KINDLER ENTERPRISES' employees negligently placed the unsecured box spring in a vertical position against an interior pillar, where it fell, striking the Plaintiff, knocking her to the ground, and

fracturing her pelvis in two places.

13. Plaintiff was treated at Mayo Clinic Jacksonville for eight days and then sent for rehabilitation to Fleet Landing. On the seventh day at Fleet Landing, she developed complications and was returned to Mayo Clinic Jacksonville where she was treated in the Intensive Care Unit.

## COUNT I

### Negligent Breach of Non-Delegable Duty
### Defendant – MATTRESS FIRM, INC.

Plaintiff, NANCY W. AVERA, realleges the foregoing allegations and further says:

14. At all times material, Defendant, MATTRESS FIRM, INC., expressly contracted with the Plaintiff to perform the delivery services, including the delivery of the subject merchandise and removal of the existing box spring.

15. Defendant, MATTRESS FIRM, had a duty to use reasonable care in the performance the delivery services.

16. Defendant, MATTRESS FIRM, breached its duty of reasonable care when its agent mishandled Plaintiff's existing box spring, such that the box spring fell and struck the Plaintiff causing her to suffer the fractures alleged above.

17. Defendant, MATTRESS FIRM, breached its duty of reasonable care by failing to exercise due care in the selection and/or retention of KINDLER ENTERPRISES as its agent for the performance of the delivery services.

18. Defendant, MATTRESS FIRM, breached its duty of reasonable care and is responsible for the negligence of KINDLER ENTERPRISES, because it, by express contract, undertook to perform the delivery services and cannot transfer the obligation to perform those services to another and remains responsible for the negligence in the performance of the delivery services.

19. As a direct and proximate result of the negligence by Defendant, MATTRESS FIRM, Plaintiff, NANCY W. AVERA, has suffered injuries for which she has received medical care and treatment. She has incurred medical, hospital, and nursing expenses, and aggravation of a previously existing condition. She has experienced pain and suffering, disability, disfigurement, mental anguish, and loss of capacity for the enjoyment of life. Plaintiff's injuries are permanent and continuing within a reasonable medical probability and Plaintiff will suffer said losses in the future.

WHEREFORE, Plaintiff, NANCY W. AVERA, demands judgment for damages, costs and trial by jury.

## COUNT II

### Vicarious Liability of Defendant – MATTRESS FIRM, INC.

Plaintiff, NANCY W. AVERA, realleges paragraphs 1-18 above and further says:

20. At all times material, Defendant, KINDLER ENTERPRISES was acting in the course and scope of its employment and agency with Defendant, MATTRESS FIRM, INC.

21. Defendant, MATTRESS FIRM, was acting through KINDLER ENTERPRISES, its delivery agent, when KINDLER ENTERPRISES was negligent as described above.

22. As a direct and proximate result of the negligence by Defendant, MATTRESS FIRM, Plaintiff, NANCY W. AVERA, has suffered injuries for which she has received medical care and treatment. She has incurred medical, hospital, and nursing expenses, and aggravation of a previously existing condition. She has experienced pain and suffering, disability, disfigurement, mental anguish, and loss of capacity for the enjoyment of life. Plaintiff's injuries are permanent and continuing within a reasonable medical probability and Plaintiff will suffer said losses in the future.

WHEREFORE, Plaintiff, NANCY W. AVERA, demands judgment for damages, costs

and trial by jury.

## COUNT III

### Negligence of Defendant – KINDLER ENTERPRISES, LLC

Plaintiff, NANCY W. AVERA, realleges paragraphs 1-13 above and further says:

23. At all times material, Defendant, KINDLER ENTERPRISES, through its agents and employees, owed a duty to Plaintiff to use reasonable care in the performance of the delivery services, including the removal of Plaintiff's existing box spring.

24. Defendant, KINDLER ENTERPRISES, breached its duty of reasonable care by placing an unsecured box spring in a vertical position against an interior column in Plaintiff's home resulting in it falling and striking her as aforesaid.

25. As a direct and proximate result of the negligence by Defendant, KINDLER ENTERPRISES, Plaintiff, NANCY W. AVERA, has suffered injuries for which she has received medical care and treatment. She has incurred medical, hospital, and nursing expenses, and aggravation of a previously existing condition. She has experienced pain and suffering, disability, disfigurement, mental anguish, and loss of capacity for the enjoyment of life. Plaintiff's injuries are permanent and continuing within a reasonable medical probability and Plaintiff will suffer said losses in the future.

WHEREFORE, Plaintiff, NANCY W. AVERA, requests judgment for damages, costs and trial by jury.

## REQUEST FOR JURY TRIAL

Plaintiff requests trial by jury of all issues herein.

Dated this 10th day of January, 2020.

                        **SPOHRER & DODD, P.L.**

                        */s/ Robert F. Spohrer*
                        Robert F. Spohrer, Esquire
                        Florida Bar No.: 184500
                        76 S. Laura St., Suite 1701
                        Jacksonville, Florida 32202
                        Tel.: (904) 309-6500
                        Fax: (904) 309-6501
                        Email: rspohrer@sdlitigation.com
                        Secondary Email: jheape@sdlitigation.com
                                              eService@sdlitigation.com
                        *Counsel for Plaintiff*