**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NANCY W. AVERA,

        Plaintiff,

v.                                          Case No.   3:20-cv-467-J-32JRK

MATTRESS FIRM, INC,
a Delaware Corporation, et al.,

        Defendants.

_____

## O R D E R

    The undersigned held a settlement conference in this matter on December 4 and 8, 2020, and the parties reached a settlement.   Judge Corrigan will enter a separate Order concerning cancellation of the impending trial and a deadline by which to consummate the settlement.

    **DONE AND ORDERED** in Jacksonville, Florida on December 8, 2020.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Counsel of Record